**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH DONALD RAY,

        Plaintiff,                     No. C 07-2433 PJH (PR)

    v.                              **ORDER OF TRANSFER**

SATF-SP CORCORAN II MEDICAL DEPARTMENT,

        Defendant.
                                      /

    This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at the Substance Abuse Treatment Facility and State Prison, Corcoran, which lies within the venue of the United States District Court for the Eastern District of California. And to whatever extent the defendant medical department might be said to reside anywhere, that would be in the Eastern District as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

    This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

    **IT IS SO ORDERED.**

Dated: May  15 , 2007.                     _____
                                                        PHYLLIS J. HAMILTON
                                                        United States District Judge

G:\PRO-SE\PJH\CR.07\RAY433.TRN