UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH DONALD RAY,

        Plaintiff,

  v.

SATF et al,

        Defendant.

Case Number: CV07-02433 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Donald Ray T-50197
Corcoran State Prison
G3-133-L
P.O. Box 5244
Corcoran, CA 93212

Dated: May 15, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk